UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

JAMES BELTRAME
on behalf of himself and all
others similarly situated,

      Plaintiff,                                 Case No. 20-cv-73

      v.

SOUTHERN CROSS, LLC

      Defendant

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WALCHESKE & LUZI, LLC, by Attorney David M. Potteiger, appears as counsel for Plaintiff, James Beltrame, in this matter. Please direct all subsequent pleadings and notices to:

    WALCHESKE & LUZI, LLC
    15850 W. Bluemound Road, Suite 304
    Brookfield, Wisconsin 53005
    Phone: (262) 780-1953
    Fax: (262) 565-6469
    dpotteiger@walcheskeluzi.com

Dated this 27th day of April, 2020

                                                     WALCHESKE & LUZI, LLC
                                                       Counsel for Plaintiff

                                                     s/***David M. Potteiger***
                                                   David M. Potteiger, State Bar No. 1067009