UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JAMES BELTRAME,

        Plaintiff,

        v.                              Case No. 20-C-073

SOUTHERN CROSS, LLC,

        Defendant.

---

## ORDER OF DISMISSAL

---

This cause coming before the court on Plaintiff's Motion to Withdraw all alleged Class Action Claims and/or all alleged Collective Action Claims and the Parties' Stipulation to Dismiss Plaintiff's Cause of Action entered into by Plaintiff, James Beltrame, and Defendant, Southern Cross, LLC, in the above-entitled cause, all matters herein between said parties having been satisfactorily compromised and settled:

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw All Alleged Class Action Claims and/or all alleged Collective Action Claims is **GRANTED**. Plaintiff's cause of action against Defendant is dismissed with prejudice. The parties are to bear their own costs except as set forth in the approved Settlement Agreement and Release of all Claims between the Parties.

**IT IS FURTHER ORDERED** that this court shall retain jurisdiction to enforce the Settlement Agreement and Release of all Claims between the Parties.

Dated at Green Bay, Wisconsin this __23rd__ day of November, 2020.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge